BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| *In re: KeyBank Customer Data Security Breach Litigation* | **MDL No. 3056**<br><br>**Individual Case Captions:**<br><br>• *Pittman v. KeyBank N.A. et al.*, Case No. 2:22-cv-1513-RJC (W.D. Pa.)<br><br>• *Brouty et al v. KeyBank National Association et al.*, Case No: 1:2022-cv-01885 (N.D. Ohio)<br><br>• *Sheckard, et al. v. Overby-Seawell Co., et al.*, Case No. 1:22-cv-03708-SDG (N.D. Ga.)<br><br>• *West v. Overby-Seawell Company et al.*, Case No. 1:22-CV-03858-SDG (N.D. Ga.) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, in compliance with Rule 4.1(c) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Richard W. Boone Jr. of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP hereby appears as counsel for Defendant, **OVERBY-SEAWELL COMPANY**, in the above-captioned action. Service of all pleadings, notices, orders, and other documents required to be served before the United States Judicial Panel on Multidistrict Litigation should be served on counsel at the office address stated below.

Dated: November 9, 2022

                                      Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

/s/ Richard W. Boone Jr.
Richard W. Boone Jr.
150 E 42nd Street
New York, New York 10017
Phone: 212.915.5972
Fax: 212.490.3038
Email: richard.boone@wilsonelser.com

*Attorneys for Defendant Overby-Seawell Company*

## CERTIFICATE OF SERVICE

I hereby certify that, pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, on the 9th day of November, 2022, a true copy of this Notice of Appearance was filed electronically with the United States Judicial Panel on Multidistrict Litigation CM/ECF filing system, which will serve each of the parties to this Multidistrict Litigation electronically, and further that a true copy was caused to be mailed by U.S. Mail, Postage Prepaid, along with the notice of electronic filing, to the following:

| *Actions* | *Parties* |
|---|---|
| *Pittman v. KeyBank N.A. et al.*, Case No. 2:22-cv-1513-RJC (W.D. Pa.) | **Counsel for Plaintiff Jacint Pittman:**<br><br>Alfred G. Yates , Jr.<br>Law Office of Alfred G. Yates, Jr., P.C.<br>1575 McFarland Road, Ste 305<br>Pittsburgh, PA 15216<br>412-391-5164<br>Email: yateslaw@aol.com<br><br>Joseph P. Guglielmo<br>Carey Alexander<br>Ethan Binder<br>Scott+Scott Attorneys At Law LLP<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>jguglielmo@scott-scott.com<br>calexander@scott-scott.com<br>ebinder@scott-scott.com<br><br>**Counsel for Defendants KeyBank, National Association and KeyCorp:**<br><br>JAMES J. PASTORE, JR.<br>jjpastore@debevoise.com<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 909-6793 |

| | |
|---|---|
| *Brouty et al., v. KeyBank National Association, et al.*, No. 1:22-cv-01885 (N.D. Ohio) | ***Counsel for Plaintiffs Michael Brouty, Melissa D. Kaufman, and Lebertus Vanderwerff:***<br><br>JAMES J. PIZZIRUSSO<br>jpizzirusso@hausfeld.com<br>HAUSFELD LLP<br>888 16th Street, NW, Suite 300<br>Washington, D.C. 20006<br>Telephone: (202) 540-7200<br><br>STEVEN M. NATHAN<br>snathan@hausfeld.com<br>KATHERINE HANSSON<br>khansson@hausfeld.com<br>HAUSFELD LLP<br>33 Whitehall St., 14th Floor<br>New York, New York 10004<br>Telephone: (646) 357-1100<br><br>MARK ABRAMOWITZ<br>mabramowitz@dicellolevitt.com<br>DICELLO LEVITT LLC<br>Western Reserve Law Building<br>7556 Mentor Ave<br>Mentor, Ohio 44060<br>Telephone: (440) 953-8888<br><br>***Counsel for Defendants KeyBank, National Association and KeyCorp:***<br><br>JAMES J. PASTORE, JR.<br>jjpastore@debevoise.com<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 909-6793 |

277304264v.1

| *Sheckard et al., v. Overby-Seawell Co. et al.*, No. 1:22-cv-03708 (N.D. Ga.) | ***Counsel for Plaintiffs Scott Sheckard and Margaret Sheckard:*** BEN BARNOW b.barnow@barnowlaw.com ANTHONY L. PARKHILL aparkhill@barnowlaw.com RILEY W. PRINCE rprince@barnowlaw.com BARNOW AND ASSOCIATES, P.C. 205 West Randolph Street, Suite 1630 Chicago, Illinois 60606 Telephone: (312) 621-2000 JAMES M. EVANGELISTA jim@ewlawllc.com EVANGELISTA WORLEY, LLC 500 Sugar Mill Road, Suite 245A Atlanta, Georgia 30350 Telephone: (404) 205-8400 KRISTI STAHNKE MCGREGOR kristi@ewlawllc.com EVANGELISTA WORLEY LLC 500 Sugar Mill Road, Suite 245a Atlanta, GA 30350 Telephone (404) 205-8400 RILEY W. PRINCE rprince@barnowlaw.com BARNOW AND ASSOCIATES, P.C. 205 W. Randolph Street, Suite 1630 Chicago, IL 60606 Telephone (312) 621-2000 ***Counsel for Defendant Fulton Bank, National Association:*** CHRISTOPHER A. WIECH cwiech@bakerlaw.com CHELSEA M. LAMB clamb@bakerlaw.com BAKER & HOSTETLER LLP 1170 Peachtree Street, N.E. Suite 2400 Atlanta, Georgia 30309 Telephone: (404) 459-0050 |
|---|---|

5

277304264v.1

| | |
|---|---|
| *West, et al., v. Overby-Seawell, Co., et al*, No. 1:22-cv-03858 (N.D. Ga.) | ***Counsel for Plaintiff Joynequa West:***<br><br>MARYBETH V. GIBSON<br>mgibson@thefinleyfirm.com<br>THE FINLEY FIRM, P.C.<br>3535 Piedmont Road<br>Building 14, Suite 230<br>Atlanta, Georgia 30305<br>Telephone: (404) 978-6971<br><br>GARY M. KLINGER<br>gklinger@milberg.com<br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC<br>227 W. Monroe Street, Suite 2100<br>Chicago, Illinois 60606<br>Telephone" (866) 252-0878<br><br>***Counsel for Defendant Fulton Bank, National Association:***<br><br>CHRISTOPHER A. WIECH<br>cwiech@bakerlaw.com<br>CHELSEA M. LAMB<br>clamb@bakerlaw.com<br>BAKER & HOSTETLER LLP<br>1170 Peachtree Street, N.E. Suite 2400<br>Atlanta, Georgia 30309<br>Telephone: (404) 459-0050 |

/s/ Richard W. Boone Jr.
Richard W. Boone Jr.